**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANUPAMA PORWAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BALLARD POWER SYSTEMS INC., and R. RANDALL MACEWEN,<br><br>Defendants. | No. 18-cv-01137-GBD<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

# AMENDED CLASS ACTION COMPLAINT

## TABLE OF CONTENTS


Nature of the Action ... 1

Jurisdiction and Venue ... 4

Parties ... 4

Substantive Allegations ... 6

Ballard and the Fuel-Cell Industry ... 6

CEO MacEwan's New China Strategy ... 8

Materially False and Misleading Statements: Broad Ocean, Synergy, and the $168 Million Joint Venture ... 13

Ballard Repeats its Materially False and Misleading Statements about $150 Million with Each Update Regarding the Joint Venture ... 19

Materially False and Misleading Statements about Broad Ocean's Financial Condition 23

Ballard Announces Additional Deals with Broad Ocean ... 25

September 2017 Investor and Analyst Day: Materially False and Misleading Statements about Broad Ocean ... 27

Materially False and Misleading Statements about Bus Deployments ... 31

Materially False and Misleading Statements about Ballard's Order Backlog ... 33

The Truth Begins to Emerge: the Spruce Point Report ... 34

The Truth Continues to Emerge: Ballard's Subsequent Financial Results ... 40

Additional Scienter Allegations ... 42

Class Action Allegations ... 43

Count I ... 46

Count II ... 47

Prayer for Relief ... 47

Jury Demand ... 48

Lead Plaintiff Robert MacArthur and Additional Plaintiffs Qiling Chen and Thomas Weisz, on behalf of themselves and all others similarly situated, allege the following based upon personal knowledge as to their own acts and upon information and belief as to all other matters based on the investigation conducted by Lead Counsel, which included a review of, *inter alia*, SEC filings by Ballard Power Systems Inc. ("Ballard" or the "Company"), press releases and other public statements by Defendants, conference calls and announcements made by Defendants, media and analyst reports and advisories about the Company, interviews with confidential witnesses, and other public information. Plaintiffs believe that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1. This is a federal securities class action on behalf of all persons other than Defendants who purchased or otherwise acquired Ballard securities between July 18, 2016 and May 1, 2018, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

2. Ballard is a clean-energy company that develops, manufactures, and sells hydrogen fuel-cell products. Although the fuel-cell industry has long been regarded as extremely promising, and Ballard has been working on fuel cells since 1983, fuel cells have consistently proven difficult to commercialize successfully, and neither Ballard nor anyone else in the industry has ever managed to report an annual net profit.

3. In 2015, Ballard embarked on an ambitious new strategy to expand its fuel-cell operations in China. In July 2016, Ballard announced a "Landmark Deal for Local Production of Fuel Cell Stacks in China, with $168M Estimated Value over 5-Years" based on the following elements:

a. A joint venture between Ballard and Guangdong Nation Synergy Hydrogen Power Technology Co. Ltd. ("Synergy") to establish fuel cell stack manufacturing facilities in China;

b. a "Strategic Collaboration and Equity Investment Deal" between Ballard with Zhongshan Broad-Ocean Motor Co., Ltd. ("Broad-Ocean"), a "leading global manufacturer of motors… for electric vehicles," in which Broad Ocean became Ballard's largest shareholder;

c. A "strategic collaboration framework agreement between Ballard, Broad-Ocean and Synergy" in which Broad Ocean committed to purchasing 10,000 vehicles from Synergy featuring Ballard's technology, predominantly using fuel cell stacks manufactured by the new Ballard-Synergy joint venture; and

d. An agreement between Ballard and the joint venture ensuring that Ballard would be the "exclusive supplier of membrane electrode assemblies ('MEA')"—the key component of each fuel cell stack—"for each fuel cell stack manufactured by the Stack Joint Venture, with minimum annual MEA volume commitments on a "take or pay" basis totaling in excess of $150 million over the initial 5-year term from 2017 to 2021."

4. These statements were materially false and/or misleading because Ballard had no reasonable basis for assuring investors that the joint venture could satisfy its "minimum annual

MEA volume commitments on a 'take or pay' basis totaling in excess of $150 million." This $150 million volume commitment was premised primarily on Broad Ocean's commitment to purchase "10,000 fuel cell vehicles" from Synergy featuring Ballard's MEAs, but Broad Ocean's financial condition and relationships in China were significantly worse than Ballard investors had been led to believe, and Ballard had no reasonable basis to believe that Broad Ocean could fulfill this purported commitment.

5. On January 25, 2018, *Spruce Point Capital Management* reported that Broad Ocean's financial condition was significantly worse than Ballard investors had been led to believe; that many of the bus lines Ballard had claimed were operating in China were in fact not operating and only 11 buses had been licensed; that Broad Ocean had no capacity to purchase "10,000 fuel cell vehicles" because its relationships in China were so weak that it was unable to sell or otherwise profitably use even the 400 fuel-cell vehicles it had so far purchased; that this suggested that Ballard had "stuffed the channel with sales in 2017, and as a result, sales to China in 2018 will be lower than 2017"; and, because the joint venture's $150 million commitment was premised predominantly on Broad Ocean's purchase commitments, that "there is a strong probability that Synergy will look to renegotiate the Ballard 'Take or Pay' Agreement or exit the relationship completely."

6. Following this news, Ballard's share price fell $0.52, or over 13%, to close at $3.27 on January 25, 2018.

7. Ballard's two subsequent quarterly earnings announcements confirmed that, as Spruce Point had predicted, Ballard's 2018 outlook was for significantly lower revenues in 2018, primarily due to decreased revenues in China. In response to these quarterly announcements, Ballard's stock price also suffered significant price declines.

8. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

**JURISDICTION AND VENUE**

9. The claims asserted herein arise under sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §78j(b), 78t(a)) and Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5).

10. This Court has subject matter jurisdiction under 28 U.S.C. §1331 and Section 27 of the Exchange Act (15 U.S.C. §78aa).

11. Venue is proper in this District under Section 27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b). Ballard's securities trade on the NASDAQ, located in this District.

12. In connection with the acts alleged herein, Defendants directly or indirectly used the means and instrumentalities of interstate commerce, including but not limited to the mails, interstate telephone communications, and the facilities of the national securities markets.

**PARTIES**

13. Lead Plaintiff Robert MacArthur acquired Ballard securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures.

14. Additional Plaintiff Qiling Chen acquired Ballard securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures.

15. Additional Plaintiff Thomas Weisz acquired Ballard securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures.

16. Defendant Ballard Power Systems Inc. ("Ballard" or the "Company") was incorporated in 1989 in British Columbia, Canada. Its head office is located at 9000 Glenlyon Parkway, Burnaby, British Columbia, Canada V5J 5J8, and its registered office is located at Suite 1700, 666 Burrard Street, Vancouver, British Columbia, Canada V6C 2X8. Ballard went public in 1993 on the Toronto Stock Exchange and was listed on NASDAQ in 1995. Its securities trade under the ticker symbol "BLDP."

17. Defendant R. Randall MacEwen has served as President, Chief Executive Officer and Corporate Director of Ballard since October 2014. Ballard's website describes him as follows:

> Mr. MacEwen has been the President & CEO and a member of the board of directors of Ballard since October 2014. He has held executive roles in clean energy companies for over 15 years, including in fuel cells and solar.
>
> From 2009 to 2014, Mr. MacEwen was Founder and Managing Director of NextCleanTech LLC, a cleantech consulting firm. From 2005 to 2009, Mr. MacEwen served as President & CEO of Solar Integrated Technologies, Inc., a commercial rooftop solar company. From 2001 to 2005, he served as Executive Vice President, Corporate Development of Stuart Energy Systems Corporation, a leading supplier hydrogen generation systems.
>
> Mr. MacEwen began his career as a corporate associate at Torys LLP, a leading business law firm, where he specialized in M&A and corporate finance from 1995 to 2001. Mr. MacEwen holds a Bachelor of Arts (Hon) degree from York

University and a Bachelor of Law degree from the University of Western Ontario.[1]

18. MacEwen possessed the power and authority to control the contents of Ballard's SEC filings, press releases, and other market communications. He was provided with copies of the Company's SEC filings and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected. Because of his position with the Company, and his access to material information available to him but not to the public, he knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading.

## SUBSTANTIVE ALLEGATIONS

### Ballard and the Fuel-Cell Industry

19. Ballard is a clean-energy company that develops, manufactures, and sells hydrogen fuel-cell products. Ballard's predecessor company, Ballard Research Inc., was founded in 1979 and began working on fuel cells in 1983.

20. Hydrogen fuel cells have long been seen as a promising clean energy source. They work by electrochemically combining hydrogen fuel with oxygen to produce electricity, water, and heat. The hydrogen fuel itself can be obtained from natural gas, kerosene, methanol, or other hydrocarbon fuels, or from water through electrolysis. Fuel cells are quiet, portable, not dependent on weather, pollution-free, more compact than batteries, and more energy-efficient than other combustion engines.

---

[1] Ballard, *Our Leadership*, http://ballard.com/about-ballard/our-leadership (last visited June 20, 2018).

21. Currently, the Company focuses on selling fuel-cell systems in the following four markets: Heavy-Duty Motive (consisting of bus, truck, rail, and marine applications), Portable Power, Material Handling, and Backup Power. Ballard also delivers Technology Solutions, including engineering services, technology transfer, and the license and sale of intellectual property. The following table presents the Company's revenues and gross margins in 2016 and 2017 attributable to each of these markets:

| | | **2017** | **2016** | ***$ Change*** | ***% Change*** |
|---|---|---|---|---|---|
| | | **(in thousands)** | | | |
| **Revenue** | | **$121,288** | **$85,270** | $36,018 | 42% |
| | Heavy-Duty Motive | **$63,684** | **$26,480** | $37,204 | 140% |
| | Portable Power | **$4,468** | **$11,420** | ($6,953) | (61%) |
| | Material Handling | **$7,535** | **$12,910** | ($5,375) | (42%) |
| | Backup Power | **$1,933** | **$4,821** | ($2,888) | (60%) |
| | Technology Solutions | **$43,668** | **$29,638** | $14,030 | 47% |
| **Cost of goods sold** | | **$79,688** | **$61,086** | $18,602 | 30% |
| **Gross Margin** | | **$41,600** | **$24,184** | $17,416 | 72% |
| **Gross Margin %** | | **34%** | **28%** | 28% | 6 pts |

22. Ballard has been working to develop hydrogen fuel cells since 1983, and it describes itself today as "a world leader in proton exchange membrane ('PEM') fuel cell power system development and commercialization."[2] But even after decades of investment and research, fuel cells proved difficult to commercialize. Neither Ballard nor any of its competitors in the fuel-cell industry ever reported an annual net profit. Ballard's stock price peaked well above $100 in 2000, and the Company's revenues grew to nearly $120 million in 2003. But then

[2] Ballard, Annual Report (Form 40-F) (Mar. 2, 2018) (the "2017 40-F").

revenues declined, and investors lost interest. By 2004 Ballard's stock price was back below $20; by 2008 it was below $5; and by January 2013 it had fallen below $1. By 2013, Ballard's accumulated deficit in shareholders' equity was more than $1 billion.

23. The table below presents selected annual financial data about Ballard from 2009 to 2013:

| | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|
| | (in thousands) | | | | |
| **Revenue** | $46,720 | $65,020 | $55,770 | $43,690 | $61,250 |
| **Operating Expenses** | $44,630 | $52,640 | $44,870 | $38,480 | $36,130 |
| **Research & Development Expense** | $26,630 | $28,750 | $24,900 | $19,270 | $17,110 |
| **Operating Income or Losses** | $(45,290) | $(42,510) | $(37,590) | $(31,110) | $(19,370) |
| **Net Income/(Net Loss)** | $(3,260) | $(31,530) | $(33,420) | $(42,320) | $(19,990) |
| **EBITDA** | $(35,780) | $(33,890) | $(31,680) | $(25,180) | $(13,640) |

24. Ballard survived by reducing operating expenses, particularly on research & development. The Company also strengthened its cash position by raising funds from the stock market, for example, raising $8 million and $14.5 million from underwritten offerings in March 2013 and October 2013 respectively.

**CEO MacEwan's New China Strategy**

25. In October 2014, MacEwen was appointed President and Chief Executive Officer of Ballard.

26. Under MacEwan's leadership, Ballard shifted its strategic approach in several ways, most importantly with respect to China. Specifically, in 2015, Ballard began focusing much more heavily on the Heavy-Motive market in China and started exploring possible

arrangements with what MacEwen claimed were "strong well capitalized local partners" in China.

27. Previously, Ballard's China strategy had consisted largely of two license agreements it had signed with Azure Hydrogen Energy Science and Technology Corporation ("Azure"): (1) an agreement announced on September 26, 2013 relating to the assembly of Ballard's FCvelocity®-HD7 Bus power modules for the Chinese market (the "Azure Bus Licensing Agreement"), and (2) an agreement announced on June 19, 2014 related to the assembly of Ballard's ElectraGen® Telecom Backup Power systems in China (the "Azure Telecom Backup Power Licensing Agreement").

28. Under the Azure Bus Licensing Agreement, Ballard would "provide a license, associated equipment, and engineering services to enable assembly of Ballard's FCvelocity®-HD7 bus power modules by Azure in China." Azure would partner with Chinese bus manufacturers to set up the manufacturing capacity and would then "assemble modules with fuel cell stacks to be supplied exclusively by Ballard." Ballard would get $11 million in licensing payments plus potential additional revenue from the sale of fuel cell stacks. Under the Azure Telecom Backup Power Licensing Agreement, Ballard would gain $7.2 million in licensing payments and would also become the "exclusive supplier of subsystems to Azure including FCgen®-1020ACS air-cooled fuel cell stacks and fuel processors" and would "receive a royalty payment for each Telecom Backup Power system sold in China should Azure successfully execute its Business Plan and achieve volume commitments."

29. Investors responded positively to both deals when they were announced, and Ballard ultimately generated $8.7 million in 2014 from its agreements with Azure. However, it soon became clear that Azure was far more interested in gaining access to Ballard's technology

and lacked the capital and/or liquidity to fulfill the terms of its deal with Ballard. As MacEwen explained in a February 26, 2015 conference call, by late 2014, Azure had repeatedly failed to make required payments when due and was instead trying to renegotiate the terms of the deal. So in January 2015, Ballard terminated both agreements with Azure and began exploring deals with other potential partners in the Chinese market. Notably, MacEwen made a point of emphasizing to investors that "we terminated the contract before, and this is an important point, before any key intellectual property was transferred or licensed to them."

30. Over the next few years, Ballard started announcing numerous increasingly lucrative purchase orders and other deals with Chinese customers, driving significant increases in Ballard's financials and stock price.

31. The following table presents selected annual financial data about Ballard from 2014 to 2017:

| | **2014** | **2015** | **2016** | **2017** |
|---|---|---|---|---|
| | **(in thousands)** | | | |
| **Revenue** | $68,720 | $56,460 | $85,270 | $121,290 |
| **Operating Expenses** | $38,300 | $34,860 | $42,250 | $46,480 |
| **Research & Development Expense** | $14,290 | $16,210 | $19,830 | $25,020 |
| **Operating Income or Losses** | $(28,050) | $(24,880) | $(18,070) | $(4,880) |
| **Net Income/(Net Loss)** | $(28,190) | $(5,820) | $(21,110) | $(8,050) |
| **EBITDA** | $(22,440) | $(20,510) | $(13,530) | $190 |

32. In March 2015, Ballard demonstrated the "world's first hydrogen fuel cell powered fixed rail electric tram" at a ceremonial event held with CSR Qingdao Sifang Company ("CSR Sifang"), a Chinese rolling stock manufacturer. In September 2015, Ballard announced a $6 million "joint development agreement and a supply agreement" with CSR Sifang for the

development of a 200-kilowatt fuel cell engine for integration into low-floor trams in Foshan, China.

33. In April 2015, Ballard received an order from Nantong Zehe New Energy Technology Co., Ltd. ("Zehe") "to supply its next-generation FCvelocityTM-HD7 power modules for 8 buses to be deployed in a number of Chinese cities." In June 2015, Ballard announced that it had signed a "$10 Million Deal to Power 33 Clean Energy Buses in China" with Zehe and Guangdong Synergy Hydrogen Power Technology Co., Ltd. ("Synergy"). Then in September 2015, Ballard announced that it had signed a "new long-term license and supply agreement" with Synergy "to provide fuel cell Power Products and Technology Solutions in support of the planned deployment of approximately 300 fuel cell-powered buses in the cities of Foshan and Yunfu, China." The September 2015 deal—for the "largest-ever global deployment of fuel cell buses"—had "an estimated initial value of $17 million through 2016, with the opportunity for significant recurring royalties starting in 2017." Then on January 21, 2016, Ballard announced the signing of an "Equipment Supply Agreement…valued at $12 million" with Synergy "to provide FCvelocityTM-9SSL fuel cell stacks for use in commercial buses in China." The January 21, 2016 press release quoted MacEwen as saying "this agreement contributes to a record sales order book for Ballard, as we begin 2016."

34. In June 2015, Ballard announced a "framework agreement with Tangshan Railway Vehicle Company, Limited (TRC) for development of a new fuel cell module" to power trams in China. Then in November 2015, Ballard announced that it had finalized a "definitive agreement" with TRC worth "approximately $3 million" to Ballard.

35. In November 2015, Ballard announced "the signing of a Strategic Collaboration Agreement" with Xiamen King Long United Automotive Industry Co., Ltd. ("King Long"), the

second largest bus manufacturer in the world, "to design and deploy fuel cell-powered buses" and to "collaborate on key deployments of fuel cell buses, initially in China and eventually in King Long's global network."

36. These new deals drove significant improvement in the Company's financials. The following table presents selected quarterly financial data for Ballard in 2015:

| | **Three months ended** | | | |
|---|---|---|---|---|
| | **March 31, 2015** | **June 30, 2015** | **September 30, 2015** | **December 31, 2015** |
| | **(in thousands)** | | | |
| **Revenue** | $9,260 | $11,180 | $16,040 | $19,990 |
| **Operating Expenses** | $8,240 | $8,740 | $8,580 | $9,300 |
| **Research & Development Expense** | $4,850 | $3,870 | $4,020 | $3,460 |
| **Net Income/(Net Loss)** | $7,020 | $7,020 | ($7,340) | ($4,140) |
| **EBITDA** | ($6,160) | ($6,160) | ($6,650) | ($3,750) |
| **Gross Margin** | $10,980 | $10,980 | $9,760 | $25,240 |

37. Driven by this growth, Ballard issued a "2016 Business Outlook" in its Annual Report on Form 40-F for the fiscal year ended December 31, 2015 (the "2015 40-F"), stating that it "expect[ed] to grow revenue, improve gross margin, [] rationalize certain operating costs," and "see revenue growth in our Heavy-Duty Motive market as well as a full-year contribution from our Portable Power market."

38. The following table presents selected quarterly financial data for Ballard in 2016:

| | Three months ended | | | |
|---|---|---|---|---|
| | **March 31, 2016** | **June 30, 2016** | **September 30, 2016** | **December 31, 2016** |
| | **(in thousands)** | | | |
| **Revenue** | $16,300 | $17,650 | $20,640 | $30,680 |
| **Operating Expenses** | $13,020 | $10,060 | $10,200 | $8,980 |
| **Research & Development Expense** | $5,400 | $5,240 | $4,870 | $4,320 |
| **Net Income/(Net Loss)** | ($1,360) | ($5,810) | ($4,190) | ($1,120) |
| **EBITDA** | ($3,950) | ($3,920) | ($2,530) | $1,430 |
| **Gross Margin** | $19,100 | $29,030 | $31,180 | $30,460 |

## Materially False and Misleading Statements: Broad Ocean, Synergy, and the $168 Million Joint Venture

39. On July 18, 2016, pre-market, Ballard issued a press release titled "Ballard Inks Landmark Deal for Local Production of Fuel Cell Stacks in China, with $168M Estimated Value over 5-Years" to announce the "signing of definitive agreements in Foshan, China with Guangdong Nation Synergy Hydrogen Power Technology Co. Ltd. ("Synergy") for the establishment of an FCvelocity®-9SSL fuel cell stack production operation in the City of Yunfu, in Guangdong Province." The press release continued, in relevant part:

> Subject to closing, the transaction has a ***contemplated minimum value to Ballard of $168 million over 5-years*** and includes these key elements:
>
> - Ballard will receive $18.4 million in Technology Solutions revenue for technology transfer services, production equipment specification and procurement services, training and commissioning support in relation to the establishment of a production line in Yunfu for the manufacture and assembly of FCvelocity®-9SSL fuel cell stacks, with most of this revenue expected to be recognized in 2017;

- On closing of the transaction, expected in late-2016, a joint venture will be created to undertake the stack manufacturing operations and will be owned 90% by Synergy and 10% by Ballard; and

- On commissioning of the operation, expected in 2017, Ballard will be the exclusive supplier of membrane electrode assemblies (MEAs) for each fuel cell stack manufactured by the joint venture, with ***minimum annual MEA volume commitments on a "take or pay" basis totaling in excess of $150 million over the initial 5-year term from 2017 to 2021***.

A signing ceremony was attended today by Mr. Zhu Wei, Mayor of Foshan, Mr. Wang Sheng, Mayor of Yunfu, Mr. Xu Guo, Vice Mayor of Foshan/Yunfu, and Ms. Rachael Bedlington, Canada's Consul General to Guangzhou. The transaction represents significant progress for Ballard's China strategy over the past 18-months, accelerated by an historic meeting and key talks at Ballard's headquarters in Vancouver on May 9th this year with the visit of Mr. Hu Chunhua, Party Secretary of Guangdong Province.

"There is unprecedented market interest for fuel cell buses and commercial vehicles in China – the largest market in the world," said Randy MacEwen, Ballard's President and CEO. "With our leading brand, technology and field experience, Ballard is uniquely positioned to address the market for fuel cell buses and commercial vehicles with our partners in China."

Regarding Ballard's strategy in China, Mr. MacEwen commented, "Our China strategy and business model is simple – we engage strong Chinese partners to localize fuel cell production in China to reduce costs, drive scale, mitigate market risk, avoid capital investment, and protect our core intellectual property."

Mr. MacEwen continued, "***We expect this transaction to deliver a number of high-value benefits to Ballard***, including ***attractive near-term and long-term deal economics and cash flows***, positive market reception, risk mitigation, ***scaling of MEA production with guaranteed volumes***, and capital efficiency. In addition, ***Ballard is not exposed to any compromise of our core intellectual property*** since we will maintain production of all MEAs at our headquarter facility."

40. In response to this statement, Ballard's stock price increased from its July 15, 2016 closing price of $1.39 to close at $2.01 on July 18, 2016.

41. On July 26, 2016 after market close, Ballard announced that it had reached a "Strategic Collaboration and Equity Investment Deal" with Zhongshan Broad-Ocean Motor Co., Ltd. ("Broad-Ocean") "which includes a $28.3 million equity investment in Ballard, representing 9.9% of the company following the transaction." The press release continued:

> Founded in 1994, Broad-Ocean is headquartered in the City of Zhongshan in Guangdong Province and is listed on the Shenzhen Stock Exchange. Broad-Ocean is a ***leading global manufacturer of motors that power small and specialized electric machinery*** for electric vehicles (EVs), including buses, commercial vehicles and passenger vehicles, and for heating, ventilation and air conditioning (HVAC). Broad-Ocean has 4 business units: EV; Rotating Electrical for Vehicles; HVAC; and EV Operations Platform. In addition, it holds majority and minority shares in 18 companies. Broad-Ocean produces more than 50 million motors annually for customers on 5 continents, including King Long, Yutong, Van Hool, BAE Systems, SAIC Motor, FAW, Dongfeng, General Motors, Ford, Volvo, Fiat, TATA, Cummins, Caterpillar, Carrier, Trane, Daikin, Goodman, Gree and Midea.
>
> Broad-Ocean's fourth business unit – EV Operations Platform – operates a ***commercial vehicle leasing business in China through which it buys new energy vehicles, including electric vehicles, and subsequently leases these buses and commercial vehicles***. Broad-Ocean has now expanded this business to include fuel cell vehicles. ***On July 18th, 2016, Broad-Ocean signed an agreement with Guangdong Nation Synergy Hydrogen Power Technology Co. Ltd. ("Synergy") relating to the purchase of 10,000 fuel cell vehicles, including buses and delivery trucks, all of which are expected to have Ballard's leading PEM fuel cell technology inside.***
>
> A ***strategic collaboration framework agreement between Ballard, Broad-Ocean and Synergy was signed today***, encompassing a number of collaboration activities conducted on commercial terms in China, including:
>
> - market development activities and product development for hydrogen fuel cell vehicles, including buses and commercial vehicles;
> - potential license and local assembly of Ballard fuel cell modules by Broad-Ocean in selected Chinese cities;
> - integration of Ballard fuel cell modules with Broad-Ocean EV drive systems to provide customers with turnkey fuel cell engines; and

- leveraging of Broad-Ocean's global operations and supply chain infrastructure to lower the cost of Ballard fuel cell engines and the cost of integration with vehicle drivetrains.

Randy MacEwen, Ballard President and CEO said, "We are pleased to welcome Broad-Ocean as a long-term strategic shareholder. We look forward to benefiting from its EV expertise, ***customer base, scale of operations and supply chain strength, in addition to its demand pull-through of fuel cell vehicles***. The decision by Broad-Ocean to engage in a strategic collaboration is a validation of our strategy in China and also recognizes the synergies that are possible between our enterprises."

Mr. Charles Lu, Founder and Chairman of Broad-Ocean said, "We are proud and excited to become a strategic collaboration partner and the largest shareholder of Ballard, a company that we view as the premier PEM fuel cell company globally. Ballard has world-class PEM fuel cell technology, talent and intellectual property, a strong brand and excellent market positioning. We share a similar vision about innovation to support clean energy applications and believe the opportunity for hydrogen fuel cells in China is entering a new growth phase. Our experience, leadership and operating assets in the EV business in China and globally will provide Ballard with unique opportunities to accelerate its business, including scale, cost reduction and execution capabilities. ***Our recent order of 10,000 fuel cell vehicles will feature Ballard fuel cell technology***. We look forward to supporting Ballard with a long-term collaboration in China and globally."

42. In response to this statement, Ballard's stock price increased from its July 26, 2016 closing price of $1.83 to close at $2.04 on July 27, 2016.

43. On August 11, 2016, Ballard delivered an investor presentation with the following slide explaining how the deal was supposed to work:

On July 18th these interrelated contracts were signed at the same time in China—

- Ballard and Synergy contract for production of fuel cell stacks through a joint venture

- Synergy, Broad Ocean and Chinese automotive OEMs (Dongfeng Special Vehicles & FAW) contract to deploy 10,000 fuel cell vehicles

    - Synergy to provide power modules under assembly license agreement with Ballard

- New JV to provide fuel cell stacks for the power modules – Ballard to provide MEAs for all fuel cells

- Synergy contract with China Construction Bank for 3B RMB (~US450M) credit facility

***These contracts ensure demand, production capacity & capital to underpin fuel cell-powered transportation momentum in China***

44. On October 25, 2016, after market close, Ballard issued a press release announcing the "closing of its joint venture transaction with [Synergy] for the establishment of an FCvelocity®-9SSL fuel cell stack production operation in the City of Yunfu", stating in relevant part:

> The transaction has an ***estimated minimum value to Ballard of $170 million over 5-years*** and includes these key elements:
>
> - Ballard is expected to receive $20 million in Technology Solutions revenue for technology transfer services, test equipment, production equipment specification and procurement services, training and commissioning support in relation to the establishment of a production line in Yunfu for the manufacture and assembly of FCvelocity®-9SSL fuel cell stacks, with most of this revenue expected to be recognized in 2017;
>
> - A joint venture – named Guangdong Synergy Ballard Hydrogen Power Co., Ltd. ("JVCo") –has been registered to undertake the FCvelocity®-9SSL fuel cell stack manufacturing operations, with JVCo owned 90% by Synergy and 10% by Ballard; and
>
> - On commissioning of the stack production line, expected in late 2017, Ballard will be the exclusive supplier of membrane electrode assemblies (MEAs) for each fuel cell stack manufactured by JVCo, with ***minimum annual MEA volume commitments on a "take or pay" basis totaling in excess of $150 million over the initial 5-year term, from 2017 to 2021***.
>
> Randy MacEwen, Ballard's President and CEO said, "Our localization strategy in China is risk adjusted, capital light and IP-protected. We expect this landmark stack assembly transaction to deliver a number of high-value benefits to Ballard, including attractive near term and long-term deal economics and cash flows,

> positive market reception, scaling of MEA production with guaranteed volumes, and capital efficiency. And, ***Ballard is not exposed to any compromise of our core intellectual property since we will maintain MEA production at our headquarters in Canada***."
>
> After commissioning of the operation, JVCo will have an exclusive right to manufacture and sell FCvelocity®-9SSL stacks in China. Exclusivity will be subject to certain performance criteria of the joint venture, including compliance with: a code of ethics; Ballard's quality policies and branding practices; payment terms; and certain intellectual property covenants, as well as achievement of the minimum annual "take or pay" MEA volumes. Ballard will have the exclusive right to purchase FCvelocity®-9SSL fuel cell stacks and sub-components from the joint venture for sale outside China.
>
> Ballard will contribute approximately $1.0 million for its 10% interest in JVCo. Under the terms of the agreement, Ballard has the right to appoint one of the three JVCo board directors and Ballard's CEO was appointed to the board of JVCo effective as of closing. Ballard has veto rights over certain key JVCo decisions and has no further obligation to provide future funding to JVCo.
>
> The fuel cell stacks manufactured by JVCo are expected to be used primarily in locally-assembled fuel cell engines to provide propulsion power for zero-emission buses and commercial vehicles in China.

45. In response to this statement, Ballard's stock price increased from its October 25, 2016 closing price of $2.17 to close at $2.21 on October 26, 2016.

46. These statements were materially false and/or misleading because, as detailed below at ¶¶87–95, Ballard had no reasonable basis for assuring investors that the Ballard-Synergy joint venture would satisfy its "minimum annual MEA volume commitments on a 'take or pay' basis totaling in excess of $150 million." This $150 million volume commitment was premised primarily on Broad Ocean's commitment to purchase "10,000 fuel cell vehicles" from Synergy featuring Ballard's MEAs, but Broad Ocean's financial condition was significantly worse than Ballard investors had been led to believe, and Ballard had no reasonable basis to believe that Broad Ocean could fulfill this purported commitment. Therefore, the "$150 million

long-term MEA supply contract" did not in fact "provide[] forward visibility on baseload MEA production volumes," Ballard had no reasonable basis to "expect Ballard to realize value at the stack level from our participation in JVCo," and Ballard's overall deal with Synergy did not in fact have a "contemplated minimum value to Ballard of $168 million" or "$170 million."

**Ballard Repeats its Materially False and Misleading Statements about $150 Million with Each Update Regarding the Joint Venture**

47. For a while, investors responded positively to the new deals with Synergy and Broad Ocean, causing Ballard's stock price to increase from under $1.50 in June 2016 to almost $2.50 in October 2016.

48. Analysts liked the new joint venture with Synergy, but were particularly impressed with the deal with Broad Ocean.

49. Cowen and Company wrote in a July 27, 2016 report that "the deal and expected resulting order volume give Ballard more stable footing" and expressed "hope that the ramp at Synergy creates a more predictable revenue stream which has been elusive for Ballard." Cowen and Company was more impressed by October 26, 2016, writing that the deals "not only give credence to Ballard's technology and positioning within China, but offer the company significantly improved long term visibility going forward.

50. Roth Capital Partners wrote in a July 25, 2016 report that Ballard's visibility for "Chinese fuel cell bus orders" and "long-term growth" was "firming nicely following Ballard's recent JV announcement with Synergy which supports over $150m in MEA revenue through 2021." But on August 11, 2016, after more news about Broad Ocean, Roth Capital Partners described "Broad-Ocean and Synergy-JV agreements" as "transformational," largely because the "Broad Ocean partnership…significantly raises visibility for the Synergy JV."

51. But after October 2016, Ballard's stock price started declining again. So Ballard started making statements intended to assure investors that the deal with Broad Ocean and Synergy was proceeding as scheduled and that the $170 million really would come through.

52. First, Ballard tried to assure investors that the Joint Venture's new manufacturing facilities were being constructed on schedule and would become operational as expected. On December 22, 2016, Ballard issued a press release with "an update regarding significant progress being made toward the establishment and commissioning of an FCvelocity®-9SSL fuel cell stack production operation." The press release repeated Ballard's previous misleading statements about the deal having a "***contemplated minimum value to Ballard of $170 million over 5-years***" because of the joint venture's purported "***minimum annual MEA volume commitments on a "take or pay" basis totaling in excess of $150 million."*** The press release went onto say:

> Significant progress has already been made to achieve the targeted commissioning of the JVCo manufacturing operation in late-2017. All long lead-time capital equipment items for the JVCo production line have now been specified and ordered, the layout and key infrastructure requirements of the manufacturing facility have been advanced and facility construction is underway. All equipment is expected to be installed in the facility during the first half of 2017, with process qualification work scheduled for the second half of 2017. It is expected that commissioning will be completed and production will begin in late-2017.
>
> "Progress is on-track to ready the joint venture fuel cell stack production operation," said David Whyte, Ballard Vice President – Operations. "Our business model in China offers near-, mid- and long-term cash flow streams at various points in the value chain. We have already received $19 million from this stack JV transaction and ***our $150 million long-term MEA supply contract provides forward visibility on baseload MEA production volumes. In addition to minimum MEA volumes, we also expect Ballard to realize value at the stack level from our participation in JVCo***. Finally, at the module level we expect to receive technology transfer fees as well as recurring royalty payments from modules assembled by localization partners, while also driving demand for stacks from the JVCo production line for use in those modules."

53. Analysts were impressed. On February 28, 2017, Roth Capital Partners wrote that Ballard was "entering 2017 with the highest near-term revenue visibility in several years, primarily benefiting from its Synergy and Broad-Ocean customer activity in China.

54. On September 5, 2017, after market close, Ballard issued a press release announcing the "Ceremonial Opening of Ballard's China Stack Joint Venture Production Facility" in Yunfu, stating in relevant part:

> David Whyte, Ballard Vice President – Operations added, "This impressive stack production operation already has over 90 employees and has begun producing qualified product. Work is also underway to achieve certification to ISO9001:2015 and IATF16949:2016 quality standards."
>
> The JVCo operation is ***currently ramping to an annualized production capacity of 6,000 fuel cell stacks by late 2017*** and is designed to achieve an annualized production capacity of 20,000 fuel cell stacks, based on 3 shifts running 5-days per week. The operation has implemented certain advanced automation techniques.
>
> The joint venture transaction, which closed in October 2016, has a contemplated ***minimum value to Ballard of $170 million over 5-years***, comprised of:
>
> - $20 million in Technology Solutions revenue for technology transfer services, production equipment specification and procurement services, training and commissioning support in relation to the establishment of a production facility for the manufacture and assembly of FCvelocity®-9SSL fuel cell stacks, with most of this revenue expected to be recognized in 2017; and
>
> - Ballard's exclusive supply of membrane electrode assemblies (MEAs), a key component of every fuel cell, for each fuel cell stack manufactured by the joint venture, with ***minimum annual MEA volume commitments on a "take or pay" value of at least $150 million*** over the initial 5-year term from 2017 to 2021.
>
> Mr. Whyte continued, "Our business model in China is risk adjusted, capital light and IP protected, while offering near-, mid- and long-term cash flow streams at various points in the value chain. ***Our $150 million long-term MEA supply contract provides forward visibility on baseload MEA production volumes***. We

> also expect Ballard to realize value at the stack level from our participation in JVCo. Finally, at the module level, we expect to receive technology transfer fees as well as recurring royalty payments from modules assembled by local partners, while driving demand for stacks from the JVCo production line."

55. In response, Ballard's stock price increased from its September 5, 2017 closing price of $3.09 to close at $3.28 on September 6, 2017 and then $3.45 on September 7, 2017.

56. These statements were materially false and/or misleading because, as detailed below at ¶¶87–95, Ballard had no reasonable basis for assuring investors that the Ballard-Synergy joint venture would satisfy its "minimum annual MEA volume commitments on a 'take or pay' basis totaling in excess of $150 million." This $150 million volume commitment was premised primarily on Broad Ocean's commitment to purchase "10,000 fuel cell vehicles" from Synergy featuring Ballard's MEAs, but Broad Ocean's financial condition was significantly worse than Ballard investors had been led to believe, and Ballard had no reasonable basis to believe that Broad Ocean could fulfill this purported commitment. Therefore, the "$150 million long-term MEA supply contract" did not in fact "provide[] forward visibility on baseload MEA production volumes," Ballard had no reasonable basis to "expect Ballard to realize value at the stack level from our participation in JVCo," and Ballard's overall deal with Synergy did not in fact have a "contemplated minimum value to Ballard of $168 million" or "$170 million."

57. In addition, the Joint Venture was not in fact "currently ramping to an annualized production capacity of 6,000 fuel cell stacks by late 2017" because, as later revealed by Spruce Point, even as of January 2018, the "Synergy Ballard JV is only capable of producing a few hundred stacks per year."

**<u>Materially False and Misleading Statements about Broad Ocean's Financial Condition</u>**

58. Now that the joint venture's manufacturing capacity seemed to be proceeding on schedule, Ballard tried to assure investors that they could count on the "$150 million long-term MEA supply contract" that was supposed to "provide[] forward visibility on baseload MEA production volumes." In short, the joint venture had committed to purchase at least $150 million in MEAs from Ballard over the next five years. The joint venture would use these MEAs to manufacture fuel cell stacks.

59. This meant that the joint venture had to be able to sell enough fuel cell stacks to generate $150 million in revenue. This, in turn, depended heavily upon Broad Ocean following through on its announced commitment to purchase from Synergy "10,000 fuel cell vehicles, including buses and delivery trucks" featuring Ballard's fuel cell stacks.

60. In turn, for Broad Ocean to follow through on its purchase commitments, Broad Ocean needed the liquidity to pay for those vehicles according to the announced 5-year schedule. This, in turn, depended on Broad Ocean finding profitable uses for the 10,000 vehicles that it was supposedly going to purchase.

61. According to Ballard's January 3, 2017 press release, Broad Ocean's plan was for the "10,000 commercial vehicles" to "be deployed in its China vehicle leasing business, thereby creating significant demand pull-through for Ballard technology." ***In other words, the $150 million ultimately depended heavily on the viability of Broad Ocean's vehicle leasing business.***

62. Investors had reason to be skeptical. After all, Azure had also made "volume commitments" to Ballard under the Azure Telecom Backup Power Licensing Agreement, but had proven insufficiently capitalized to follow through, forcing Ballard to terminate both

agreements in 2015.[3] And Broad Ocean's vehicle leasing business was relatively new and far from Broad Ocean's core business of manufacturing small electric motors.

63. So Ballard tried to assure investors that Broad Ocean's vehicle leasing business was doing well. In a conference call on March 3, 2017, MacEwen stated the following:

> Of course last year, our strategic progress and 9.9% shareholder, ***Broad-Ocean, committed to a program with two OEMs for 10,000 fuel cell commercial vehicles to be used in its China based leasing business***. Since that time, there have been exciting developments at Broad-Ocean. They're moving very quickly in this market. Only two weeks ago on February 16th, we announced the technology transfer license and supply deal whereby Broad-Ocean plans to manufacture Ballard's designed fuel cell engines in three strategic regions in China for sale throughout China. The deal has an estimated value to Ballard of $25 million through the initial five year period, and is expected to close in Q2 subject to customary closing conditions.
>
> Here is what is new and particularly exciting since February 16th. We understand Broad-Ocean has now signed two major deals using Ballard modules from the planned production capacity. The first deal is with a leading bus manufacturer for 1,000 fuel cell buses to be deployed in a critically important city in China over the next few years. The second deal is with another leading bus manufacturer for 5,000 fuel cell modules over the next two years as well. So Broad-Ocean is already setting the foundation for unprecedented growth in the deployment of fuel cell buses and commercial vehicles. And we expect Ballard fuel cell technology

---

[3] Ballard's failed deal with Azure had also been similarly structured: First, in exchange for licensing payments, Ballard would "provide a license, associated equipment, and engineering services" to help Azure build up its ability to manufacture bus power modules and telecom backup power systems featuring Ballard's fuel cell technology. Once the manufacturing capacity was established, Ballard would be the exclusive supplier of the fuel cells that Azure needed to build those modules and power systems. Second, Azure would try to sell the modules to "Chinese bus manufacturers in a phased development program for deployment of zero emission fuel cell buses in China, utilizing Ballard's world leading fuel cell technology" and to sell the backup power systems to Chinese telecom companies. "If Azure's China bus program progresses as planned"—i.e. if Azure managed to sell the modules to Chinese bus manufacturers—and/or if Azure managed to "successfully execute its Business Plan and achieve volume commitments" pertaining to power systems, then Ballard would keep generating revenue by selling Azure the fuel stacks it needed to make the modules and power systems.

> to play a prominent role. Based on these recent developments, ***our initial estimate of $25 million our February '16 deal with Broad-Ocean now appears very conservative***.

64. On January 17, 2018, in a presentation at the Needham Growth Conference, Ballard delivered a presentation claiming that Ballard had received purchase orders from Broad Ocean for "16,000 buses and commercial vehicles."

65. These statements were materially false and/or misleading because, as detailed below at ¶¶87–95, Broad Ocean's financial condition was significantly worse than Ballard investors had been led to believe, and Ballard had no reasonable basis for assuring investors that Broad Ocean could fulfill its purported commitment to purchase "10,000 fuel cell vehicles" or "16,000 buses and commercial vehicles."

**<u>Ballard Announces Additional Deals with Broad Ocean</u>**

66. Also in 2017, Ballard announced several new deals with Broad Ocean, including a "$25 million technology transfer transaction to enable Broad-Ocean Motor to manufacture Ballard modules in three Chinese cities integrated into clean energy buses and trucks in key Chinese cities" in April 2017, an "$11 million equipment supply agreement…for 200 fuel cell modules" in April 2017, and an "$18 million supply contract… to support the deployment of 400 FCveloCity® fuel cell engines" in June 2017.

67. Ballard summarized and provided further details on August 2, 2017 in its Management's Discussion and Analysis for the Second Quarter of 2017:

> **Zhongshan Broad-Ocean Motor Co., Ltd.**
>
> On June 5, 2017, we announced the closing of an approximate $18 million supply contract with strategic partner Broad-Ocean Motor Co., Ltd. ("Broad-Ocean") to support the expected deployment of 400 FCveloCity® fuel cell engines integrated into clean energy buses and trucks in key Chinese cities. The transaction is part of an ongoing program with Broad-Ocean to implement Ballard's leading fuel cell

technology in support of China's plan to address environmental concerns and advance the adoption of zero-emission vehicles. The complementary addition of fuel cell systems effectively addresses the limitations of stand-alone battery solutions in certain use cases, resulting in growing demand for zero-emission and efficient propulsion systems that provide bus, truck and commercial vehicles with the traditional range and refueling times provided by legacy diesel solutions. This announcement, together with an approximate $11 million transaction announced on April 5, 2017 for the deployment of 200 FCveloCity® fuel cell engines, means that Ballard is planning to support Broad-Ocean through the deployment of 600 fuel cell engines having a total value of approximately $29 million, with significant deliveries expected to occur in 2017. Revenue earned from these agreements ($0.8 million in the second quarter of 2017 and to date) is recorded as Heavy-Duty Motive revenues.

On April 6, 2017, we announced the closing of a transaction previously announced on February 16, 2017, relating to technology transfer, licensing and supply arrangements with Broad-Ocean for the assembly and sale of FCveloCity® 30-kilowatt (kW) and 85kW fuel cell engines in China. Under the agreement, Broad-Ocean will manufacture fuel cell modules in three strategic regions in China, including Shanghai. The agreement has an estimated value of approximately $25 million in revenue to Ballard over the initial 5-year term, including approximately $12 million in Technology Solutions revenue plus future royalties and the supply of test equipment. As of closing, Ballard received initial payments of $3.6 million. To date, revenue earned from this agreement ($0.3 million in the second quarter of 2017 and to date) are recorded as Technology Solutions revenues. In each of the three assembly operation locations, Broad-Ocean plans to engage with local governments as well as with bus and commercial vehicle OEMs for deployment of fuel cell buses and commercial vehicles incorporating Ballard-designed modules manufactured by Broad-Ocean. Broad-Ocean will make further payments to Ballard based on certain commissioning milestones, initial supply agreements, and recurring royalties. Ballard will also have the exclusive right to purchase fuel cell engines from any of the Broad-Ocean manufacturing operations for sale outside China. Each fuel cell engine assembled by Broad-Ocean will utilize FCvelocity®-9SSL fuel cell stacks, initially manufactured by Ballard at its head office facilities in Burnaby. Stack supply will be transferred to Guangdong Synergy Ballard Hydrogen Power Co., Ltd. ("Synergy JVCo"), the joint venture owned by Guangdong Nation Synergy Hydrogen Power Technology Co. Ltd. (a member of the "Synergy Group") and Ballard in the City of Yunfu in China's Guangdong Province, once Synergy JVCo becomes fully operational, expected in late-2017. From that time forward, Ballard

will supply MEAs on an exclusive basis for stacks manufactured by Synergy JVCo.

**<u>September 2017 Investor and Analyst Day: Materially False and Misleading Statements about Broad Ocean</u>**

68. On September 14, 2017, the Company participated in an Investor and Analyst Day in New York City, where it delivered a presentation (the "September 14, 2017 Ballard Presentation") touting the promise of its China strategy as well as the Company's progress in implementing that strategy.

69. The September 14, 2017 Ballard Presentation included the following slide purporting to show the Company's "China Revenue & Cashflow Streams":




70. To bolster its claims about the promise of its China strategy, Ballard then presented Charles Lu, Founder and Chairman of Broad Ocean, to deliver a presentation about Broad Ocean (the "September 14, 2017 Broad Ocean Presentation") with the intention of

convincing investors that Broad Ocean was a good partner to help Ballard sell fuel cells in China.

71. The September 14, 2017 Broad Ocean Presentation claimed, among other things, that Broad Ocean was already "Serving Most of the Major Vehicle OEM's in China," and it described the following as its "Hydrogen Fuel Cell Strategy":

- Leverage the use of EV leasing platform to procure fuel cell vehicles
- Drive demand for clean energy buses and trucks with BOMC components
- Work with Hydrogen infrastructure partners to deploy fueling stations
- Access leading fuel cell technology
- Leverage operational excellence to build fuel cell engines in China based on Ballard licensed designs
- Drive down cost of integrated FCEV engines and drive train through supply chain design expertise

72. The September 14, 2017 Broad Ocean Presentation also included numerous slides purporting to show "Recent Developments and Progress," implying that Broad Ocean's operations were proceeding on schedule and that investors could therefore still rely on Broad Ocean's purported commitment to purchase enough vehicles from Synergy to support Synergy's $150 million minimum "take or pay" contract with Ballard:

- <u>Shanghai</u>
    - Set up a fuel cell project team and develop action plans
    - Leverage Shanghai E-Drive capabilities and relationships
    - Workshop construction completed by September 30, 2017
    - Installation and commissioning of the production line in October 2017

- Start initial production in October 2017

- <u>Hubei Province</u>
  - ***Invest 540 million dollar at Wuhan to set up a new energy vehicle industry park, which will include power train, motor, FC engine***
  - Invest to set up facility at Xiaochang to manufacture fuel cell engines, along with hydrogen delivery and cooling system up to capacity 17000 units per year.

- <u>Shangdong Province</u>
  - Broad-Ocean and Zhongtong Bus to ***form a $75 million joint venture*** in Liaocheng in Shandong Province to develop a new fuel cell bus platform and powertrain.
  - ***$400 million total investment***
  - MD30 and HD85 production lines with capacity of 10,000 units per year
  - ***Zhongtong is NO. 1 EV bus company in China***, shipped approximately 6,500 buses in the first half of 2017. Total capacity is 30000 units.

- ***<u>Other Key Partnerships</u>***
  - Agreement with fuel cell industry vertical partners to promote FC vehicle
  - ***Foton: Top bus company at China, based at Beijing***
  - Furuise: Hydrogen tank supplier
  - Qfeng: Hydrogen fueling station Provider

- <u>Volume Expectations</u>
  - Initial trial of 600 prototype buses and trucks with OEMS in progress in Shanghai, Shangdong, and Other Partners
  - ***Targeting opportunity for 16,000 vehicles in 5 years***

73. In response to the press release and the presentations at the Investor and Analyst Day, Ballard's stock price increased from its September 12, 2017 closing price of $3.71 to close at $4.72 on September 13, 2017, $4.29 on September 14, 2017, and $4.43 on September 15, 2017.

74. These statements were materially false and/or misleading because, as detailed below at ¶¶87–95, Broad Ocean's financial condition and relationships in China were far weaker than Ballard investors had been led to believe. As for Zhongtong Bus, as of December 18, 2017, Broad Ocean had "no investment cash flow account that matches this level of investments" and had not even legally established any kind of joint venture with Zhongtong Bus—strongly suggesting the "joint venture is unlikely to proceed." As for the industry park at Wuhan, Broad Ocean had backed out of the project and had been replaced with Shenzen Center Power. And Foton had chosen to source its fuel-cell vehicles from Ballard's main competitors, not from Ballard. In fact, Spruce Point's "research suggests that apart from a small cooperation with Feichi, Broad Ocean is ***only really working with Dongfeng on a project of any commercial scale***" because the other companies had overwhelmingly chosen to work instead with Broad Ocean's competitors.

75. But analysts were impressed. On September 15, 2017, H.C. Wainwright & Co. *doubled* its price target for Ballard—from $3 to $6—largely due to "increased certainty of execution in China based on investment from, and strategic partnership with, [Broad Ocean] that has supported order backlog with contractual commitments now at $263.5M." Also on September 15, 2017, Cowen and Company wrote that it was "impressed with Ballard's progress in China" and saw the "strategy to capitalize on China's emerging focus on fuel cell applications

in buses and commercial vehicles as the key to the story." Cowen and Company went on to state in relevant part:

> Ballard's strategy in China is predicated on two key partnerships; The JV with Guangdong Nation Synergy Hydrogen Power Technology Co. Ltd. (Synergy) and the partnership with Zhongshan Broad-Ocean Motor company (Broad Ocean). The partnerships have allowed Ballard to gain production capacity in a capital light manner while maintaining core IP. The plan is for a scale up of the Synergy plant, which is currently ramping up production of fuel cell stacks, sell stacks to Broad Ocean, who will build complete engines for the bus and truck market. We note that Ballard's most important technology lies in its membrane electrode assemblies (MEA), which it will continue to manufacture in Vancouver to protect Ballard's IP. The company has also noted opportunities within rail where the company has made early progress with 2 CRRC subsidiaries.
>
> **Broad Ocean Partnership Details Highlight Unique Positioning**
>
> We were ***impressed with the presentation given by Broad Ocean founder and Chairman, Charles Lu, and were given more confidence in the Chinese's partner's commitment to Ballard and fuel cell powered heavy duty vehicles***. Seeing where Ballard fits into Broad Ocean's broader portfolio, we see that the technology is a good complement and ***provides a much larger platform to sell into the Chinese bus and commercial truck market through existing relationships that otherwise would not have been possible***. Broad Ocean is both a supplier and a customer to the leading bus and truck OEMs, so the company will be able to specify that the buses and trucks it orders contain Broad Ocean produced fuel cell engines that utilize Ballard's technology.

## Materially False and Misleading Statements about Bus Deployments

76. On September 30, 2016, pre-market, Ballard issued a press release titled "First Ballard-Powered Buses Hitting the Road in China's Largest Fuel Cell Bus Deployment" to announce the "commissioning and ***deployment of an initial 12 fuel cell-powered buses in the District of Sanshui, in the City of Foshan***, in the Province of Guangdong, China." The press release continued to state:

> Randy MacEwen, Ballard's President & CEO said, "In September 2015 we announced the planned deployment of 300 fuel cell-powered buses in

> Foshan/Yunfu. Our program consortium has made considerable progress over the past year, including localization of Ballard-designed fuel cell engines, establishment of a fuel cell bus manufacturing facility, local procurement activities, development of systems integration capabilities, national permitting of a fuel cell bus platform, preparations for hydrogen refueling infrastructure and development of our China service team."
>
> Mr. MacEwen continued, "Now ***the first installment of zero-emission fuel cell buses is hitting the roads in Foshan, with the commissioning of an initial 12 buses in passenger service. This marks the largest deployment of fuel cell buses in China's history***. The Foshan and Yunfu governments are demonstrating strong vision and leadership by solving a growing need for mass urban transit while responsibly addressing local air quality and stimulating local economic development."
>
> * * *
>
> Mr. Frank Ma, Chairman of Synergy stated, "In the past year we have localized Ballard-designed fuel cell modules in Foshan/Yunfu to meet the fast growing demand for clean energy buses in China. Our program for 300 fuel cell buses will now enter the next phase of rapid scaling."
>
> Mr. Jiang Yong, General Manager of Feichi added, "We are thrilled with the progress made with Feichi fuel cell buses. Our 11 meter fuel cell bus platform has been permitted. Our new fuel cell bus manufacturing facility in Yunfu has been completed. And, we are first-to-market in China with a leading fuel cell bus offering."

77. In response to this statement, Ballard's stock price increased from its September 29, 2016 closing price of $2.11 to close at $2.21 on September 30, 2016.

78. On October 18, 2016, Ballard announced the "commissioning and deployment" of an additional "***10 fuel cell-powered buses*** in the City of Yunfu."

79. On January 3, 2017, Ballard issued a press release titled "Ballard is First to Power Fuel Cell Electric Buses for 10+ Million Kilometers of Revenue Service" which claimed that "Ballard FCveloCity® engines are powering more than 80 buses around the globe" including "***24 in the Cities of Foshan and Yunfu, China***."

80. The September 14, 2017 Ballard Presentation stated that the Company's "[p]rogram for fuel cell buses [was] progressing in Fushan and Yunfu." It also included a slide labeled "Progress in China" that stated:

- ***24 buses delivered in Guangdong Province***
- ***90 new buses entering service***

81. These statements were materially false and/or misleading because, as later revealed by Spruce Point, even as of January 2018, there were ***only 11*** licensed buses in Foshan, only "5 demonstration buses in Yunfu Tech Park and only two had license plates," and there were "no demonstration lines operating in Guangdong" and "no bus lines…in service in Sanshui or Yunfu."

**Materially False and Misleading Statements about Ballard's Order Backlog**

82. On September 13, 2017, after market close, Ballard issued a press release announcing that "the Company achieved an ***Order Backlog of $263.5 million as of June 30th, 2017***, representing the aggregate value of orders for which customers have made contractual commitments. In addition, Ballard is announcing that it achieved a ***12-month Order Book of $97.2 million as of June 30th, 2017***, representing the aggregate value of that portion of the Order Backlog the Company ***expects to deliver in the subsequent 12-month period***." The press release went on to state:

> Mr. Randy MacEwen, Ballard President and CEO said, "We are very pleased to report strong Order Backlog and 12-month Order Book numbers, which ***underscore Ballard's positive and continuing growth trajectory***. Moving forward, we intend to provide updates to our Order Backlog and rolling 12-month Order Book numbers on a ***quarterly basis***, consistent with our ongoing approach to providing financial and operational transparency."

> Mr. MacEwen continued, "At tomorrow's Investor and Analyst Day our executive management team will be providing a comprehensive discussion of our strategic activities and plans designed to ensure ***ongoing improvement in the Company's market positioning, financial results*** and positive return for Ballard shareholders. We look forward to participation at tomorrow's event from interested investors, financial analysts, the investment banking community and other stakeholders."

83. This statement was materially false and/or misleading because it falsely implied that Ballard had a "positive and continuing growth trajectory" "on a quarterly basis" as well as "ongoing improvement in the Company's market positioning, financial results" even though the Company knew that revenues were expected to decrease in the first quarter of 2018.

84. On November 1, 2017 after market close, Ballard announced financial results for the third quarter of 2017. Among other things, the press release quoted MacEwen as saying:

> Looking ahead, with an ***order backlog of $236.8 million***, including an ***$82.4 million order book of expected deliveries over the subsequent 12-months***, we are well positioned to deliver strong full-year 2017 results and ***to maintain our positive trajectory into 2018***.

85. This statement was materially false and/or misleading because it falsely implied that Ballard's financial results were expected to "maintain our positive trajectory into 2018" even though the Company knew that revenues were expected to decrease in the first quarter of 2018.

86. In response to this news, Ballard's stock price increased from its November 1, 2017 closing price of $5.07 to close at $5.60 on November 2, 2017.

**The Truth Begins to Emerge: the Spruce Point Report**

87. On January 25, 2018, *Spruce Point Capital Management* issued a research report on Ballard (the "Spruce Point Report") concluding that Ballard stock was significantly overvalued—a "strong sell" with 35%-70% downside risk—primarily because of significant undisclosed risks that Spruce Point had been able to uncover through "on the ground due

diligence on the nascent state of the China hydrogen fuel cell industry and the significant challenges faced by Ballard's China partners, Broad Ocean and Synergy."

88. The Spruce Point Report revealed that Broad Ocean and Synergy had numerous undisclosed problems and weaknesses, creating a very significant undisclosed risk that Ballard could not count on receiving the $150 million it had repeatedly led investors to expect as a ***minimum***.

89. First, investors had been told previously that Broad Ocean had committed to buying modules for at least "10,000 commercial vehicles" to "be deployed in its China vehicle leasing business, thereby creating significant demand pull-through for Ballard technology." But in fact, Broad Ocean's vehicle leasing business was new and Broad Ocean never had either the funds to buy, nor the capacity to make profitable use of, this many vehicles. Broad Ocean claimed that it had 6,000 vehicles in its vehicle leasing business, but Spruce Point's investigators found that it actually had only 4,000, none of which used fuel cells. Broad Ocean also had "no prior hydrogen fuel cell experience," limited connections with China's "central ministries that determine policies and SOE's that are the agents for delivering on policy," and very few ongoing relationships with any car or bus companies that could become leasing customers.

90. Second, Broad Ocean's relationships in China were far weaker than Ballard investors had been led to believe. Broad Ocean had wowed investors during the September 14, 2017 Investor and Analyst Day by touting its "progress" in "advancing key partnerships" with various Chinese transportation companies—including a "$75 million joint venture" with Zhongtong Bus in Shandong Province to "develop a new fuel cell bus platform and powertrain," a $540 million "new energy vehicle industry park" at Wuhan "which will include power train, motor, FC engine," and a "Key Partnership[]" with "Foton: Top bus company at China, based at

Beijing." Broad Ocean had also told Spruce Point's investigators that "the key manufacturers they are working with are Dongfeng, BAIC, Foton, Zhongtong, SAIC and Foshan Feichi bus." But as for Zhongtong Bus, as of December 18, 2017, Broad Ocean had "no investment cash flow account that matches this level of investments" and had not even legally established any kind of joint venture with Zhongtong Bus—strongly suggesting the "joint venture is unlikely to proceed." As for the industry park at Wuhan, Broad Ocean had backed out of the project and had been replaced with Shenzen Center Power. And Foton had chosen to source its fuel-cell vehicles from Ballard's main competitors, not from Ballard. In fact, Spruce Point's "research suggests that apart from a small cooperation with Feichi, Broad Ocean is ***only really working with Dongfeng on a project of any commercial scale.***"

91. Third, Broad Ocean's inability to make use of Ballard's fuel cell stacks suggested that Ballard had "***stuffed the channel with sales in 2017, and as a result, sales to China in 2018 will be lower than 2017***." According to Ballard's Management's Discussion and Analysis for the third quarter of 2017, Broad Ocean had committed to buying "600 fuel cell engines having a total value of approximately $29 million" from Ballard, and as of September 30, 2017, Broad Ocean had paid for $8.1 million of this. Spruce Point found that 400 of these had been delivered but that Broad Ocean had not been able to sell any of them, so they were just stuck in Broad Ocean's inventory. Broad Ocean was therefore highly unlikely to "buy more than 100 fuel cell stacks or engines from Ballard or its China joint venture in 2018."

92. Fourth, Broad Ocean's financial condition was significantly worse than Ballard's investors had been led to believe:

> Since the Ballard deal was inked, Broad Ocean has announced $1 bn in hydrogen investment related projects. However, in 18 months, Spruce Point has yet to see one fuel cell module produced or vehicle using its technology. Spruce Point believes that Broad Ocean appears to be ***experiencing a cash crunch*** as a result

> of its recent acquisitions, hydrogen investments, and ***inability to sell any of the MEAs that it has purchased from Ballard to date.*** We also believe Broad Ocean's ***cash flow issues have likely contributed to the firm backing out of the Wuhan project*** and perhaps are ***responsible for the stalled/collapsed Zhongtong JV***. ***Barring a successful convertible bond issuance this year***, in what has been a difficult issuance market in China, we anticipate that ***Broad Ocean will be unable to continue to make good on purchasing commitments***, and that ***2018 purchases from Ballard/JV are at high risk of falling well short of 2017 levels***.

93. Finally, because Ballard's much-touted $150 million contract was necessarily premised on Broad Ocean buying vehicles from Synergy that used fuel cell stacks manufactured by the joint venture, this meant that investors could not count on the $150 million:

> Given that Broad Ocean is the primary customer of the Synergy "Supply Chain" we would expect that there is a ***strong probability that Synergy will look to renegotiate the Ballard "Take or Pay" Agreement or exit the relationship completely***. If these events playout as we anticipate, then ***not only will China sales disappoint, and the current backlog go largely unrealized***, but it will have the knockon effect of failing to achieve the desired cost reduction in MEA production for other applications. Broad Ocean owns 17.2m Ballard shares and its 2yr hold period ends July 2018. We expect this to be a major overhang on Ballard's share price.

94. In addition, the Spruce Point Report detailed "***numerous potential red flags identified from our investigators' on-the-ground research in China***," including:

- There presently aren't any hydrogen research institutes operational at the national hydrogen fuel cell development zone in Nanhai District of Foshan, Guangdong

- ***Investigators saw a total of 5 demonstration buses in Yunfu Tech Park and only two had license plates***

- Industry sources claim that ***Synergy Ballard JV is only capable of producing a few hundred stacks per year***

- A government official stated if there was a cheaper domestic MEA, that performed well, they would prefer to switch from Ballard

- ***Ballard and local press releases indicate that Foshan has produced 114 FCV buses***. Despite originally being told buses were "offsite being painted" a Foshan employee claimed that ***far fewer buses have been produced to date and only 11 are licensed***

- ***Yunfu Tech Park currently has a single refueling station with an idle mobile hydrogen production unit***

- ***Despite public claims***, the refueling station attendant told our investigators that ***there are no demonstration lines operating in Guangdong and that no bus lines are in service in Sanshui or Yunfu***. They also only refuel one bus per day

95. Spruce Point also found the following:

- Investigators saw a ***total of 5 demonstration buses*** in the park and only two had license plates

    - Three were 11-meter hydrogen fuel cell buses that were in the original 28 buses produced. The fuel cell motors they used were produced by Ballard

    - Two were 8.5-meter buses that use the Synergy Ballard fuel cell stacks and Shanghai Re-Fire integrated modules. <u>None had a number plate</u>.

- Industry insiders make reference that ***Synergy Ballard JV may have less annual stack capacity than publicly stated***

    - The development zone plans to produce 1,000 buses and 1,000 logistics trucks next year

    - Industry insiders stated that they believe the Synergy Ballard joint venture is only able to produce a few hundred fuel cell stacks per year

- Our Investigators were shown the Synergy JV display room and informed ***backup power machines have had poor sales***

    - A Ballard fuel cell engine with 6 fuel cell stacks and a Shanghai Re-Fire fuel cell engine with 2 fuel cell stacks were displayed

- The Shanghai Re-Fire fuel cell motor is much smaller and used to power the 8.5-meter buses

- The Ballard fuel cell motor powers the 11-meter bus

- Investigators were shown one of the Ballard power back-up machines and told the back-up machines are four times the cost of comparable back-up machine and sales have been poor

- A government official clearly stated if there were a cheaper domestic MEA (fuel cell membranes) then they would prefer to use that over Ballard's MEA. He pointed out the domestic MEA produced by Sunrise Power does not currently perform as well as Ballard.

- An Employee of Foshan Feichi claims that ***less than 50 fuel cell buses have likely been produced to date***

  - Investigators were taken on a tour of the Foshan Feichi bus manufacturing facility, that was relocated from Foshan in 2015, and now produces hydrogen fuel cell buses

  - The factory was only producing pure electric buses for Foton when visited

  - Investigators were told on the tour that Feichi had produced 114 fuel cell buses but they were "offsite being painted"

  - An employee of the bus company later stated that he believed they had ***produced less than 50 fuel cell buses to date, of which 11 have license plates***

  - We believe 28 of those buses were the 11-metre buses

- There is currently a single refueling station with an idle mobile hydrogen production unit

  - Investigators visited the refueling station and were told the equipment was imported and the total cost of the refueling station was RMB 10 million

  - A mobile hydrogen production unit was sitting idle at the refueling station. It was unable to be put into operation as regulations require

that it have the infrastructure and operation procedures of a chemical plant

- The cost of hydrogen at this facility was RMB35/kg and 75 – 80% of that cost was transport
- Investigators were told that the local government is building 5 refueling stations in Yunfu and has planned a further 20

- We believe that a new production facility for hydrogen FCV delivery vehicles, likely operated by Dongfeng, will be announced shortly
  - Spruce Point believes Dongfeng is still evaluating if it will produce FCV at an existing facility, in Yunfu or in another region
  - Investigators were told the cost to produce a FC logistics truck is RMB 1 million. The local and central subsidy amounts to RMB 1 million there will be no cost. The local subsidy is paid to the producer and would be RMB700,000/truck. The central subsidy is paid to the purchaser after the vehicle has traveled 30,000 km
- Despite public claims that the Yunfu HFCV bus line is operational, our investigator's experience indicates otherwise
  - Investigators saw a bus that had local route signage displayed on the front, however, it had no license plate and remained motor operating outside the office for the duration of our investigators 2 hour site (below left image). ***This sort of showcase display was common during our work with Chinese reverse merger frauds***

96. Following this news, Ballard's share price fell $0.52, or over 13%, to close at $3.27 on January 25, 2018.

**The Truth Continues to Emerge: Ballard's Subsequent Financial Results**

97. On February 28, 2018, after market close, Ballard announced financial results for 2017 in a press release. The good news was that revenues had increased from $85 million in 2016 to $121 million in 2017. But Ballard shocked investors with the bad news:

> In China, Ballard has been pursuing a strategy that includes the development of a local fuel cell supply chain and related ecosystem to address the zero-emission

> bus and commercial vehicle markets. The Company accomplished important progress in 2017 with the localization of stack and module assembly operations in China, which generated associated one-time revenue from technology transfer activities. Further, the Company generated significant revenue from the supply to Broad Ocean of 600 modules and components to support initial FCEV demonstration programs in key Chinese markets. ***In 2018, with completion of the Company's localization activities, we expect the China revenue mix to shift from the sale of modules towards MEA component sales and royalties from the sale of locally-assembled modules. With this transition in business model, combined with the absence of one-time revenue related to the technology transfer activities and module sales in 2017, Ballard expects year-on-year revenue from China to be lower in 2018***. However, beyond 2018, Ballard expects to generate increasing revenue from MEA sales, royalties and future Technology Solutions opportunities as a result of increasing demand for FCEV engines in a range applications.

98. On the same day, Ballard also issued its Management's Discussion and Analysis for the fourth quarter of 2017, in which Ballard confirmed that it had delivered "600 fuel cell engines and related components" to Broad Ocean in 2017, that Ballard had earned $28.7 million from these sales, and that this "significant revenue and gross margin…***will not be duplicated in 2018*** as we transition to a business model where Broad-Ocean assembles Ballard-designed modules and sources stacks from Synergy JVCo while also paying royalties to Ballard on assembled modules." This is entirely consistent with Spruce Point's accusation that Ballard had engaged in channel-stuffing and that China sales would decrease in 2018.

99. In response to this reduced revenue outlook, Ballard's stock price decreased from its February 28, 2018 closing price of $3.74 to close at $3.25 on March 1, 2018.

100. On May 1, 2018, after market close, Ballard announced financial results for the first quarter of 2018. The results were even worse than investors and analysts had expected. As shown in the following table, Ballard's revenues in the first quarter of 2018 were ***half*** the previous quarter and even ***lower than any quarter in 2017***:

| | Three months ended | | | | |
|---|---|---|---|---|---|
| | **March 31, 2017** | **June 30, 2017** | **September 30, 2017** | **December 31, 2017** | **March 31, 2018** |
| | **(in thousands)** | | | | |
| **Revenue** | $22,660 | $26,520 | $31,850 | $40,260 | $20,090 |
| **Heavy-Duty Motive** | $7,200 | $12,194 | $17,759 | $26,551 | $9,300 |
| **Operating Expenses** | $12,020 | $10,170 | $11,110 | $13,180 | $12,680 |
| **Research & Development Expense** | $6,280 | $5,260 | $5,700 | $7,790 | $6,940 |
| **Net Income/(Net Loss)** | ($2,940) | ($1,200) | ($1,030) | ($2,890) | ($5,500) |
| **EBITDA** | ($1,260) | $290 | $270 | $890 | ($4,760) |
| **Gross Margin** | $42,150 | $34,940 | $31,990 | $31,290 | $32,970 |

101. Moreover, Ballard's 2018 outlook had not improved. In its Management's Discussion and Analysis for the first quarter of 2018, released the same day, Ballard stated that it "continue[d] to expect revenue to be relatively flat in 2018, as compared to 2017" and, in China, for "year-on-year revenue to be lower in 2018."

102. In response to the news, Ballard's stock price decreased from its closing price of $3.29 on May 1st, closing at $3.17 on May 2nd.

**Additional Scienter Allegations**

103. Defendants acted with scienter in that they knew, or recklessly disregarded, that the public statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements as primary violations of the federal securities laws.

104. Defendants' scienter is supported by the fact that their statements concerned the China strategy that was the key revenue driver for the Company. Defendants also repeatedly

assured investors that they had detailed knowledge of the status of the Company's China strategy. The joint venture with Synergy, the joint venture's $150 million MEA volume commitments, and the purchase orders by Broad Ocean that were the premise of these MEA volume commitments, were therefore core operations of the Company.

## CLASS ACTION ALLEGATIONS

105. Lead Plaintiff brings this action as a class action under Federal Rule of Civil Procedure 23(a) and (b)(3), individually and on behalf of all those who purchased or otherwise acquired Ballard securities during the Class Period (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

106. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, the Company's securities were actively traded on NASDAQ. While the exact number of Class members is unknown at this time and can be ascertained only through appropriate discovery, Plaintiffs believe there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by the Company or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

107. Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

108. Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

109. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

a) Whether Defendants violated the Exchange Act;

b) Whether Defendants participated in and pursued the wrongful activities complained of herein;

c) Whether Defendants' public statements during the Class Period misrepresented material facts about the Company;

d) whether Defendants caused the Company to issue false and misleading financial statements during the Class Period;

e) whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

f) whether the prices of Company securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

g) The extent of damages sustained by members of the Class and the appropriate measure of damages.

110. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually

redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

111. Defendants have acted on grounds generally applicable to the Class with respect to the matters complained of herein, thereby making appropriate the relief sought herein with respect to the Class as a whole.

112. Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

a. Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

b. the omissions and misrepresentations were material;

c. Ballard securities traded in an efficient market;

d. the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

e. the Company traded on the NASDAQ and was covered by multiple analysts;

f. the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

g. Plaintiff and members of the Class purchased, acquired and/or sold Ballard securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

113. Based upon the foregoing, Plaintiffs and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

114. Alternatively, Plaintiffs and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information as detailed above.

115. The questions of law or fact common to the Class predominate over any questions affecting individual members of the Class, such that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy. There will be no difficulty in managing this action as a class action.

## COUNT I

### Violations of Section 10(b) of the Exchange Act and SEC Rule 10b-5 Against All Defendants

116. Plaintiffs repeat and re-allege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

117. During the Class Period, the Defendants named in this Count disseminated or approved the materially false and/or misleading statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

118. The Defendants named in this Count violated §10(b) of the Exchange Act and Rule 10b-5 in that they: (a) employed devices, schemes and artifices to defraud; (b) made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or (c) engaged in acts, practices and a course of business that operated as a fraud or deceit upon

plaintiff and others similarly situated in connection with their purchases of SuperCom common stock during the Class Period.

119. Plaintiffs and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Company's securities. Plaintiff and the Class would not have purchased the Company's securities at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by these Defendants' misleading statements.

## COUNT II

## Violations of Section 20(a) of the Exchange Act Against MacEwen

120. Plaintiffs repeat and re-allege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

121. The Defendants named in this Count acted as controlling persons of the Company within the meaning of §20(a) of the Exchange Act. By reason of their positions with the Company, and their ownership of the Company's securities, the Defendants named in this Count had the power and authority to cause the Company to engage in the wrongful conduct complained of herein. By reason of such conduct, the Defendants named in this Count are liable under §20(a) of the Exchange Act for the violations committed by the Company.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand judgment against Defendants as follows:

A. Determining that the instant action may be maintained as a class action under Federal Rule of Civil Procedure 23, and certifying Plaintiffs as Class Representatives;

B. Requiring Defendants to pay damages sustained by Plaintiffs and the Class by reason of the acts and transactions alleged herein;

C. Awarding Plaintiffs and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D. Awarding such other and further relief as this Court may deem just and proper.

**JURY DEMAND**

Plaintiffs demand a trial by jury.

Dated: June 22, 2018

**POMERANTZ LLP**

*/s/ Murielle J. Steven Walsh*
Jeremy A. Lieberman
Murielle J. Steven Walsh
Aatif Iqbal
600 Third Ave., 20th Floor
New York, NY 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
mjsteven@pomlaw.com
aiqbal@pomlaw.com

**GLANCY PRONGAY & MURRAY LLP**
Ex Kano S. Sams II, Esq.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Email: ESams@glancylaw.com

***Lead Counsel for Plaintiffs***