**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANUPAMA PORWAL, individually and on behalf
of all others similarly situated,

                    Plaintiffs,

-against-

BALLARD POWER SYSTEMS, INC. and R.
RANDALL MACEWEN,

                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/19

18 CIVIL 1137 (GBD)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 21, 2019, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       March 22, 2019

                                                RUBY J. KRAJICK
                                                  Clerk of Court
                          BY:
                                                    Deputy Clerk